■ In the Matter of VICKIE MIHOU, Appellant, v PAUL CONSTANDINOU, Respondent. [705 NYS2d 304] —Order unanimously affirmed without costs (see, Constandinou v Constandinou [appeal No. 1], 265 AD2d 890). (Appeal from Order of Onondaga County Family Court, Hedges, J.—Support.) Present—Pine, J. P., Hurlbutt, Kehoe and Lawton, JJ.